# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN JOSE

*07 MAY ~~FILED~~ PM 4: 14*
*RICHARD W. WIEKING*
*CLERK U.S. DISTRICT COURT*
*NORTHERN DIST. CALIFORNIA*

UNITED STATES OF AMERICA,

**V.**

~~SEALED~~
~~BY COURT ORDER~~

SON NGUYEN,
DUC NGUYEN, and
HUY NGO

**CR 07  0290**

JF

DEFENDANT.

RS

# INDICTMENT

21 U.S.C. Sections 846, 841(b)(1)(B)(iii) - Conspiracy to Distribute, and Possess with Intent to Distribute Cocaine Base

21 U.S.C. Section 841(a)(1), (b)(1)(B)(iii) - Possession with Intent to Distribute Cocaine Base

21 U.S.C. Sections 846, 841(b)(1)(B)(iii) - Attempted Possession with Intent to Distribute Cocaine Base

A true bill.

_____ Foreman

Filed in open court this _10th_ day of
_May 2007_

_____ Clerk

Bail, $ _no bail agent_

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2

3

4

5

6  

7

                        SEALED
                    BY COURT ORDER

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

                    CR 07      0290

12  UNITED STATES OF AMERICA,        )  No.
                                     )
13        Plaintiff,                 )  VIOLATIONS: 21 U.S.C. §§ 846,
                                     )  841(b)(1)(B)(iii) –  Conspiracy to Distribute,
14        v.                         )  and Possess with Intent to Distribute,
                                     )  Cocaine Base; 21 U.S.C.
15  SON NGUYEN,                      )  §§ 841(a)(1), (b)(1)(B)(iii) – Possession
    DUC NGUYEN, and                  )  with Intent to Distribute Cocaine Base; 21
16  HUY NGO,                         )  U.S.C. §§ 846, 841(a)(1), (b)(1)(B)(iii) –
                                     )  Attempted Possession with Intent to
17        Defendants.                )  Distribute Cocaine Base
                                     )
18                                   )  SAN JOSE VENUE
                                     )
19 ─────────────────────────────────)

20                    I N D I C T M E N T

21  The Grand Jury charges:

22  COUNT ONE:      (21 U.S.C. §§ 846, 841(b)(1)(B)(iii) –  Conspiracy to Distribute, and
                    Possess with Intent to Distribute, Cocaine Base ("Crack" Cocaine))

23

24       Beginning at a time unknown to the grand jury, but no later than January 2007, through

25  on or about February 4, 2007, the defendants,

26                          HUY NGO,
                          SON NGUYEN, and
27                         DUC NGUYEN,

28  did knowingly and intentionally conspire with others known and unknown to distribute, and to

1   possess with intent to distribute, a Schedule II controlled substance, namely, approximately 42.8

2   grams of a mixture and substance containing a detectable amount of cocaine base, in the form

3   of "crack" cocaine, in violation of Title 21, United States Code, Sections 846, 841(b)(1)(B)(iii).

4
5   COUNT TWO:          (21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii) – Possession with Intent to
                        Distribute Cocaine Base ("Crack" Cocaine))

6       On or about February 4, 2007, in the Northern District of California, the defendant,

7                                   SON NGUYEN,

8   did knowingly and intentionally possess with intent to distribute, a Schedule II controlled

9   substance, namely, 42.8 grams of a mixture and substance containing a detectable amount of

10  cocaine base, in the form of "crack" cocaine,  in violation of Title 21, United States Code,

11  Sections 841(a)(1), (b)(1)(B)(iii).

12
13  COUNT THREE:        (21 U.S.C. §§ 846, 841(b)(1)(B)(iii) – Attempted Possession with Intent to
                        Distribute Cocaine Base ("Crack" Cocaine))

14      On or about February 4, 2007, in the Northern District of California, the defendant,

15                                  HUY NGO,

16  did knowingly and intentionally attempt to possess with intent to distribute a Schedule II

17  controlled substance, namely, 42.8 grams of a mixture and substance containing a detectable

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

INDICTMENT                                    2

1   amount of cocaine base, in the form of crack cocaine, in violation of Title 21, United States

2   Code, Sections 846, 841(b)(1)(B)(iii).

3

4   DATED: *May 10, 2007*                           A TRUE BILL.

5

6                                                   FOREPERSON

7

8   SCOTT N. SCHOOLS
    United States Attorney
9

10

11  MARK L. KROTOSKI
    Chief, Criminal Division
12

13  (Approved as to form: _____ )
                        AUSA JERICH
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                                 3

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |

BY: ☐ COMPLAINT   ☐ INFORMATION   ☑ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

**FILED**

---

### OFFENSE CHARGED

21 USC 846, 841(b)(1)(B)(iii)
21 USC 841(a)(1) (A)(1)(B)(iii)
21 USC 846, 841(a)(1) (b)(1)(B)
(iii)

☐ Petty
☐ Minor
☐ Misde-
  meanor
☑ Felony

PENALTY:

~~SEALED~~
~~COURT ORDER~~

Ct. 1: max term 40 yrs (mand. min 5),$2,000,000 fine;sup.
release 4 years; $100 special assessment
Ct. 2: same as Count 1
Ct. 3: same as Counts 1 & 2

**DEFENDANT - U.S.**

▶ Huy Ngo, Son Nguyen and Duc Nguyen

DISTRICT COURT NUMBER

**CR   07      0290**

MAY 1 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)
Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40.  Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:                    SHOW
  ☐ U.S. Att'y ☐ Defense     DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)   MAGISTRATE
before U.S. Magistrate regarding   CASE NO.
this defendant were recorded under ▶

Name and Office of Person
Furnishing Information on     **SCOTT N. SCHOOLS**
THIS FORM

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    Susan R. Jerich

---

### DEFENDANT

**JF**    **RS**

**IS _NOT_ IN CUSTODY**

1) ☑  Has not been arrested, pending outcome this proceeding.
       If not detained give date any prior summons
       was served on above charges                    ▶

2) ☐  Is a Fugitive

3) ☐  Is on Bail or Release from (show District)

**RS**

**IS IN CUSTODY**

4) ☐  On this charge

5) ☐  On another conviction

6) ☐  Awaiting trial on other   } ☐ Fed'l ☐ State
       charges

       If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes    If "Yes"
been filed?    ☑ No     give date
                         filed
                                       Month/Day/Year
**DATE OF
ARREST** ▶

       Or... if Arresting Agency & Warrant were not   Month/Day/Year

**DATE TRANSFERRED
TO U.S. CUSTODY** ▶

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: under seal/no bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance   *Where defendant previously apprehended on complaint, no new summons
Defendant Address:                    or warrant needed, since Magistrate has scheduled arraignment

                                      Date/Time:
                                      Before Judge:

Comments: