SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN R. JERICH (CSBN 188462)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, Ca. 94102
Tel: (415) 436-7158
Facsimile: (415) 436-6982
Email: susan.jerich@usdoj.gov

Attorneys for Plaintiff

**FILED**
07 MAY 10 PM 4:14
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**SEALED BY COURT ORDER**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>UNDER SEAL INDICTMENT | No. CR-07 0290<br><br>APPLICATION AND [PROPOSED] ORDER TO SEAL<br><br>SAN JOSE VENUE |

**UNDER SEAL OF COURT**

All defendants in the above named indictment have not yet been apprehended. The United States hereby applies for an Order sealing the indictment and arrest warrants in order not to compromise the efforts to apprehend the defendants. However, the United states specifically requests that file stamped copies of the indictment and arrest warrants be given to the Assistant United States Attorney so that copies can be made in advance of court appearances.

DATED: May 10, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

SUSAN R. JERICH
Assistant United States Attorney

SEALING APPLICATION AND ORDER

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  SUSAN R. JERICH (CSBN 188462)
   Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, Ca. 94102
       Tel: (415) 436-7158
7      Facsimile: (415) 436-6982
       Email: susan.jerich@usdoj.gov
8
   Attorneys for Plaintiff
9
                     UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,    )   No. CR-
                                  )
14 |         Plaintiff,            )   [PROPOSED] ORDER TO SEAL
                                  )
15 |    v.                         )
                                  )   SAN JOSE VENUE
16 | UNDER SEAL INDICTMENT         )
                                  )
17
                                      **UNDER SEAL OF COURT**
18
       GOOD CAUSE APPEARING IT IS HEREBY ORDERED THAT the indictment
19
   and arrest warrants in the above captioned case are to be filed under seal.
20
       IT IS FURTHER ORDERED THAT file stamped copies of the indictment and
21
   arrest warrants are to be provided to the United States Attorney's Office in order to
22
   prosecute the matter.
23
       IT IS FURTHER ORDERED THAT the indictment and arrest warrants are to
24
   remain under seal until further Order of this court..
25
                                        _____
26
                                        HON. ELIZABETH LAPORTE
27                                      UNITED STATES MAGISTRATE JUDGE
28

UNSEALING APPLICATION AND ORDER