1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  SUSAN R. JERICH (CSBN 188462)
   Assistant United States Attorneys
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California  94102
       Telephone: (415)436-7158
7      Facsimile: (415) 436-7234
       Email: susan.jerich@usdoj.gov
8
   Attorneys for the Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,        )   No. CR 07-0289 RMW
                                      )
13 |          Plaintiff,               )   **NOTICE OF RELATED CASES**
                                      )
14 |    v.                             )
                                      )
15 | NAM NGUYEN, JIMMY NGUYEN,        )
     HUY NGO & KIM MAI                )
16                                    )
                                      )
17 |          Defendants              )
   |_____)
18

19 | UNITED STATES OF AMERICA,        )
                                      )   No. CR 07-290 JF
20 |          Plaintiff,               )
                                      )
21 |    v.                             )
                                      )
22 | SON NGUYEN, DUC NGUYEN           )
     & HUY NGO                        )
23                                    )
                                      )
24 |          Defendant.              )
   |_____)
25

26     The United States, by and through the above counsel of record, hereby submits this

27 Notice of Related Cases pursuant to Criminal Local Rule 8-1.  In the interest of judicial

28
   NOTICE OF RELATED CASES
   CR07-289 RMW
   CR07-290 JF                              1

economy, the government contends that the two matters should be related before this Court.

Specifically, these cases are appropriate to relate because they appear likely to entail substantial duplication of labor if heard by different Judges. For example, while each case involves a separate drug conspiracy–the first involving ecstasy (MDMA) and the latter, cocaine base ("crack cocaine"), both cases arise out of the same wire interception investigation. As such, discovery and foundational information, at a minimum, will be the same. Moreover, any legal challenges to the wire interception Order(s) will also likely be predicated on similar evidence and arguments. Finally, both matters have a defendant in common – Huy Ngo.

The United States contends that the two matters should be related in the interests of judicial economy as well as the fact that both involve a common defendant.

DATED: September 27, 2007

                                        Respectfully submitted,

                                        SCOTT N. SCHOOLS
                                        United States Attorney

                                        /s/

                                        SUSAN R. JERICH
                                        Assistant United States Attorney