IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SON NGUYEN, DUC NGUYEN, and HUY NGO,<br><br>　　　　　Defendants. | ***E-FILED - 11/5/07***<br><br>CASE NO.: CR-07-00290-RMW<br><br>**CLERK'S NOTICE OF SETTING STATUS HEARING** |
|---|---|

　　PLEASE TAKE NOTICE that a Status Hearing has been scheduled for **November 19, 2007 @ 9:00 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

DATED: November 5, 2007

BY: *Jackie Garcia* (signature)
　　JACKIE GARCIA
　　Courtroom Deputy for
　　Honorable Ronald M. Whyte

1
2
3  Copy of Notice E-Filed to Counsel of Record:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28