***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte   **REPORTER:** Lee-Anne Shortridge

**DATE:** January 14, 2008   **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00290-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- SON NGUYEN, DUC NGUYEN, HUY NGO  (P)
  **APPEARANCES:**

**PLTF:** AUSA: J. Glang   **DEFT:** A. Morales, V. Young, G. Braun

**COURT ACTION: STATUS HEARING**

**Hearing Held. The parties advised the Court that the wire taps recordings and transcripts have not been provided to the defense. The Court continued this matter to 2/4/08 @ 9:00 am for a Status Hearing to review discovery. The Court excluded time based on effective preparation. Time is excluded to 2/4/08. Government to prepare exclusion order.**

  */s/ Jackie Garcia*
  **JACKIE GARCIA**
  **Courtroom Deputy**