
***E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte   **REPORTER:** Lee-Anne Shortridge

**DATE:** April 7, 2008   **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00290-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- SON NGUYEN, DUC NGUYEN, HUY NGO (P)
   APPEARANCES:

**PLTF:** AUSA: J. Nedrow   **DEFT:** A. Morales, V. Young, B. Carey

**COURT ACTION: STATUS HEARING**

Hearing Held. The defense needs to complete the translation of wire tap transcripts. The Court continued this matter to 6/9/08 @ 9:00 AM for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 6/9/08. Government to prepare exclusion order.

   /s/ Jackie Garcia
   **JACKIE GARCIA**
   **Courtroom Deputy**