1  VICKI H. YOUNG, Esq.  (State Bar Number 73261)
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301
3  TEL: (415) 421-4347

4  Attorney for Defendant
   DUC NGUYEN

5

6

7                    **UNITED STATES DISTRICT COURT**

8           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9

10                                          )    **CASE NO. CR 07-00290 RMW**
    UNITED STATES OF AMERICA,               )
11                                          )    DEFENDANT   DUC   NGUYEN'S
           Plaintiff,                       )    NOTICE   OF JOINDER IN MOTION
12                                          )    TO SUPPRESS EVIDENCE
           v.                               )
13                                          )
    SON NGUYEN, et.al. .                    )    DATE:       September 2, 2008
14                                          )    TIME:       9:00 A.M.
           Defendants.                      )    JUDGE:      Hon. Ronald M. Whyte
15  _____)

16
        TO: THE UNITED STATES ATTORNEY JOSEPH RUSSIONELLO, AND
17      ASSISTANT UNITED STATES ATTORNEY SUSAN JERICH, ATTORNEYS
        FOR THE PLAINTIFF.
18
        PLEASE TAKE NOTICE that defendant DUC NGUYEN, by and through his attorney of
19
    record, VICKI H. YOUNG, hereby files this Notice of Joinder in the Motion to Suppress Evidence
20
    filed by co-defendant SON NGUYEN. DUC NGUYEN adopts the arguments contained in SON
21
    NGUYEN'S Memorandum of Points and Authorities to the extent that they are applicable to him
22
    and further supplements those points and authorities with the attached Declaration from Duc
23
    Nguyen.
24
    DATED: August 19, 2008                          Respectfully submitted,
25

26
                                                      // Vicki H. Young
27                                                  VICKI H. YOUNG, ESQ.
                                                    Attorney for defendant
28                                                  DUC NGUYEN

    NOTICE OF JOINDER